

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

NOTICE OF ORDER ON MOTION

Cause number:     01-09-00728-CV

Style:            Peter Fazio, Shari Fazio, and Eric Fazio

                  **v** Cypress/GR Houston I, L. P.; Cypress/GR Houston, Inc.; and Cypress Equities, Inc.

Date motion filed[*]:     February 28, 2013

Type of motion:    Motion to Withdrawal as Counsel.

Party filing motion:    Appellee

Document to be filed:

If motion to extend time:

        Deadline to file document:

        Number of previous extensions granted:

        Length of extension sought:

Ordered that motion is:

        ☑      Granted
                If document is to be filed, document due:

                ☐   The Clerk is instructed to file the document as of the date of this order
                ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐      Denied

        ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature: /s/ Jane Bland
                ☑ Acting individually     ☐ Acting for the Court

                Panel consists of _____.

Date: March 5, 2013